No. 561. THE PEOPLE *v.* COLÓN.—
No. 562. THE PEOPLE *v.* VEGA.—
No. 565. THE PEOPLE *v.* ZAYAS.—
No. 559. THE PEOPLE *v.* MUÑOZ.—
No. 564. THE PEOPLE *v.* FERRER.—
No. 558. THE PEOPLE *v.* RIVERA.—
No. 563. THE PEOPLE *v.* COLÓN.—

Appeals from the District Court of Ponce in cases for violations of the election law. Decided March 27 and 28, 1913. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellants did not appear. Judgments appealed from affirmed.

———

No. 383. EX PARTE JUAN ZACARÍAS RODRÍGUEZ.—
No. 111. EX PARTE FERNANDO VÁZQUEZ.—

Petitions for the approval of notarial surety bonds executed by the National Surety Company on March 14 and 19, 1913. Bonds approved March 28, 1913. The petitioners appeared *pro se.*

———

No. 961. VILELLA ET AL. *v.* VILELLA ET AL.—
No. 968. VILELLA ET AL. *v.* VILELLA ET AL.—

Appeals from the District Court of Aguadilla. Notices of appeal to the Supreme Court of the United States. Decided April 1, 1913. Appeals denied based on section 244 of the Judicial Code of the United States of March 3, 1911, and the case of *Wenar* v. *Jones, Bishop of Porto Rico,* 217 U. S., 593. *Mr. Rafael López Landrón* for appellants. *Mr. Carlos Franco Soto* for respondents.

———

No. 567. THE PEOPLE *v.* NEGRÓN.—
No. 568. THE PEOPLE *v.* FERNÁNDEZ.—

No. 569. THE PEOPLE *v.* DALECIO.—

No. 570. THE PEOPLE *v.* GARCÍA.—

No. 572. THE PEOPLE *v.* CORREA.—

No. 573. THE PEOPLE *v.* LAPORTE.—

No. 556. THE PEOPLE *v.* LÓPEZ.—

No. 571. THE PEOPLE *v.* CRUZ.—

No. 574. THE PEOPLE *v.* BERMÚDEZ.—

No. 575. THE PEOPLE *v.* SANTANA.—

No. 576. THE PEOPLE *v.* DE JESÚS.—

No. 577. THE PEOPLE *v.* MUÑOZ.—

No. 578. THE PEOPLE *v.* LAPORTE.—

No. 579. THE PEOPLE *v.* ZAYAS.—

No. 581. THE PEOPLE *v.* COLÓN.—

No. 582. THE PEOPLE *v.* CRUZ.—

No. 583. THE PEOPLE *v.* CRUZ.—

No. 584. THE PEOPLE *v.* FIGUEROA.—

No. 585. THE PEOPLE *v.* BOBÉ.—

No. 596. THE PEOPLE *v.* TORRES.—

No. 587. THE PEOPLE *v.* PAGÁN.—

No. 588. THE PEOPLE *v.* TORRES.—

Appeals from the District Court of Ponce in actions for offenses against the election law. Decided April 2, 3 and 4, 1913. Judgments appealed from affirmed. *Messrs. Frank Martínez,* acting *fiscal,* and *Charles E. Foote, fiscal,* for The People. The appellants did not appear.

---

No. 16. EX PARTE JUAN HERNÁNDEZ LÓPEZ.—Petition for the approval of the notarial surety bond executed by the National Surety Company on March 12, 1913. Decided April 7, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 975. EX PARTE MOLINA ET AL., MOVERS AND RESPONDENTS. THE PEOPLE, OPPOSER AND APPELLANT.—Appeal from